CO-386
Rev. 10/03

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Unfoldment, Inc Plaintiff
   et al
   v.

District of Columbia et al Defendant

Case: 1:07-cv-01717
Civil   Assigned To : Oberdorfer, Louis F.
Assign. Date : 9/26/2007
Description: Civil Rights-Non-Employ.

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Unfoldment, Inc__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None~~Not Applicable~~__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Kemi Marlene Morten Reed_
Signature

__D.C. BAR 272575__
Bar Identification Number

__KEMI MARLENE MORTEN REED__
Print Name

__3709 SE 18th PLACE__
Address

__CAPE CORAL, FL, 33904__
City       State     Zip

__239 810 4701__
Telephone Number

3