CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNFOLDMENT, INC., et al.                )
                                        )
                                        )
                                        )
           Plaintiff                    )
                                        )
                                        )
       v.                               )     Civil Case Number 07-1717 (HHK)
                                        )
                                        )
DISTRICT OF COLUMBIA, et al.            )     Category     L
                                        )
                                        )
           Defendant                    )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on September 28, 2007 from Judge Louis F. Oberdorfer to Judge Henry H. Kennedy, Jr. by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Oberdorfer & Courtroom Deputy
      Judge Kennedy & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓