IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNFOLDMENT, INC., et al.,  :  <br>     Plaintiffs,  : <br> : <br> v.  : <br> : <br> DISTRICT OF COLUMBIA, et al.,  : <br>     Defendants.  : <br> _____  : | Civil No. 07-1717 (LFO) |

DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO ENLARGE TIME TO FILE A
DISPOSITIVE MOTION OR RESPONSIVE PLEADING AND TO CONTINUE THE 26 (f)
CONFERENCE

    Defendant District of Columbia ("the District") hereby moves, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 6 (b)(1) to enlarge time to file a dispositive motion or responsive pleading for sixty days from October 18, 2007, through and including December 18, 2007 and to stay the initial parties' conference under 26 (f) until after the dispositive motion is filed.

    On or about September 28, 2007, Plaintiffs filed a twelve count, 368 paragraph complaint demanding in excess of $35 Million in various damages for a variety of causes of action stemming from alleged deprivation of civil rights in a government contract dispute. That dispute was previously adjudicated in *Unfoldment, Inc. v. District of Columbia Contract Appeals Board*, 909 A. 2d 204 ( D.C. 2006) and remanded to the Board for further proceedings.  On or about October 1, 2007, Plaintiff served over 100 interrogatories on the District in the proceeding at the Contract Appeals Board. In addition, the Contract Appeals Board filed a 588 administrative record with the Court of Appeals pertaining to the core allegations of the Contract Appeals Board case, including bad faith termination.   The District, accordingly, needs time to prepare its defense to a lengthy and potentially expensive claim.

1

LCvR 7(m) consent was sought from opposing counsel by e-mail on October 4, 200, with no response. An LCvR 7(a) supporting memorandum and an LCvR 7(c) proposed order accompany this motion. Undersigned counsel notes that he will be on scheduled medical leave from October 5, 2007, through October 17, 2005 and may require additional time to file a reply to any opposition filed in response to this motion.

Dated: October 4, 2007             Respectfully submitted,

                                      LINDA SINGER
                                      Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General, Civil Litigation Division


                                      */S/ Kimberly M. Johnson*
                                      KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                      Chief, General Litigation Section 1


                                      */s/ Thomas J. Foltz*
                                      THOMAS J. FOLTZ
                                      Assistant Attorney General
                                      D.C. Bar No. 462858
                                      441 Fourth Street, N.W.
                                      Washington, D.C. 20001
                                      (202)  724-6652
                                      (202) 727-0431 (fax)
                                      E mail: Thomas.foltz@dc.gov


CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and

served on all parties herein electronically through such ECF electronic file and serve system on October 4, 2007.

_____*/s/ Thomas J. Foltz*_____
Thomas J. Foltz, Esq.


Unfold 07 1717 DC MTN NLRG TIME E sign 100407

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNFOLDMENT, INC., et al.,  :<br>　　　Plaintiffs,　　　　　　　:<br>　　　　　　　　　　　　　　　:<br>v.　　　　　　　　　　　　　 :<br>　　　　　　　　　　　　　　　:<br>DISTRICT OF COLUMBIA, et al., :<br>　　　Defendants.　　　　　　 :<br>_____　:  | Civil No. 07-1717 (LFO) |

DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS  MOTION TO ENLARGE TIME TO FILE A DISPOSITIVE MOTION OR RESPONSIVE PLEADING  AND TO CONTINUE THE 26(f) CONFERENCE

I.　　　Factual and Procedural Background

Defendant District of Columbia ("the District") hereby adopts as if more fully set forth herein the statement of factual and procedural background set forth in the accompanying motion.

As the argument set forth below indicates there is sufficient "good cause" to allow the enlargement of time to file a dispositive motion and to continue the Fed. R. Civ. P 26(f) conference until after the dispositive motion is filed.

II. Argument

Fed. R. Civil P. 6(b) (1) and (2) provide in relevant part:

> (b) *Enlargement.* When by these Rules of by notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specific period permit the act to be done where the failure to act was the result of excusable neglect.

Courts grant "(b) (1)" enlargements (pre-expiration enlargements) where the moving party shows good cause and the opposing party suffers no prejudice.  4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.5 (2002 ed.)  Similarly, courts grant "(b) (2)" or *nunc pro tunc*

enlargements where the moving party has been diligent and the non-moving party suffers no substantial prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.2 (2002 ed.).

As applied to this case, the size and complexity of the lawsuit preclude the possibility of an intelligible defense within twenty (20) days of service of process. There is accordingly "good cause" to seek the enlargement on the time to answer. There is additional "good cause" to continue the 26(f) conference since much of the preliminary disclosures that may be required are obviated by the extensive existing administrative record in the case well known to the Plaintiffs. In addition, there is little prejudice to plaintiff Unfoldment since it is pursuing its remedies at the Contract Appeals Board having propounded over 100 interrogatories to Defendant.

### III. Conclusion

For the foregoing reasons, the District respectfully requests that the Court grant the relief sought in the motion and as set forth in the proposed order.

Dated: October 4, 2007     Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


            */S/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


            */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858

2

441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov

## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on October 4, 2007.


_____/s/ Thomas J. Foltz_____
Thomas J. Foltz, Esq.


Unfold 07 1717 DC MTN NLRG TIME MEMO E sign 100407

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNFOLDMENT, INC., et al.,<br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>    Defendants.<br>_____ | :<br>:<br>:<br>:    Civil No. 07-1717 (LFO)<br>:<br>:<br>:<br>: |

ORDER

Defendant District of Columbia ("the District") moved, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 6 (b)(1) to enlarge time to file a dispositive motion or responsive pleading for sixty days from October 18, 2007, through and including December 18, 2007 and to stay the initial parties' conference under 26 (f) until after the dispositive motion is filed.

Upon consideration of the motion, the supporting memorandum and any opposition and reply received in response thereto, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is further

ORDERED that the time for the District of Columbia to respond to the complaint be and the same hereby is ENLARGED to December 18, 2007; and it is further

ORDERED that the Fed. R. Civ. 26 (f) conference among the parties be and the same hereby is continued until after the District of Columbia files its dispositive motion.

ENTERED:                                                         _____
                                                                 United States District Judge

Copies to:    Thomas J. Foltz, Esq.
                 Office of the Attorney General
                 441-4th Street NW, 6th Floor South
                 Washington, D.C. 20001

Kemi Morten, Esq.
Law Offices
3709 S.E. 18th Place
Cape Coral, Florida 33904

Brian Lederer, Esq.
Law Offices
3003 Van Ness Street, N.W., Ste, W228
Washington, D.C. 20008

Fania Davis, Esq.
Law Offices
445 Bellevue Avenue, Ste. 207
Oakland, California

Unfold 07 1717 DC MTN NLRG TIME ORDER 100407