UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNFOLDMENT, INC. et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>    **Defendants.** | Civil Action 07-01717  (HHK) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is this 24th day of October 2007,

**ORDERED** that plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge